UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 16-040-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 19-438-DCR |
| | ) | |
| DANIEL SEXTON, | ) | |
| | ) | **JUDGMENT** |
| Defendant/Movant. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

In accordance with the Memorandum Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is entered in favor of Plaintiff/Respondent United States with respect to all issues raised by Defendant/Movant Daniel Sexton in this proceeding under 28 U.S.C. § 2255.

2.      The defendant's collateral proceeding is **DISMISSED**.

3.      A Certificate of Appealability shall not issue.

4.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 17, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky